[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 17, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11847

_____

D. C. Docket No. 05-01930-CV-GET-1

PHILLIP R. NEELY,

Plaintiff-Appellant,

versus

CITY OF RIVERDALE,
IRIS JESSIE, individually and in her official
capacity as city manager,
THETUS A. KNOX, individually and in her official
capacity as city police chief,
T. MICHAEL MARTIN, individually and in his
official capacity as city hearing officer,
WANDA WALLACE, individually and in her official
capacity as city councilwoman,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(October 17, 2007)**

Before CARNES and BARKETT, Circuit Judges, and COHN,[*] District Judge.

PER CURIAM:

We find that the district court correctly granted summary judgment in favor of the Defendant-Appellees, the City of Riverdale; Iris Jessie, the City Manager; Thetus A. Knox, the Chief of Police; T. Michael Martin, City Hearing Officer; and Wanda Wallace, City Councilwoman.[1]

**AFFIRMED.**

---

[*] Honorable James I. Cohn, United States District Judge for the Southern District of Florida, sitting by designation.

[1] We express no view on any sanctions issue. Although the briefs discuss issues relating to the district court's decision to sanction Neely and his counsel, because no final order has been entered on sanctions, at this time we lack jurisdiction to review any issue relating to sanctions.